UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 01 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,<br><br>            Plaintiff - Appellee,<br><br>  v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>            Defendant - Appellant. | No. 18-35704<br><br>D.C. No. 2:15-cv-00543-RSL<br>U.S. District Court for Western Washington, Seattle<br><br>**ORDER** |

The letter brief submitted on June 19, 2019 by BNSF Railway Company is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Liora Anis
Deputy Clerk
Ninth Circuit Rule 27-7