UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,<br><br>   Plaintiff-Appellee,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>   Defendant-Appellant. | No. 18-35704<br><br>D.C. No. 2:15-cv-00543-RSL<br>Western District of Washington, Seattle<br><br>**ORDER** |

Before: HAWKINS, W. FLETCHER, and BENNETT, Circuit Judges.

Defendant-Appellant BNSF Railway Company filed a petition for rehearing or rehearing en banc on March 30, 2020 (Dkt. Entry No. 65). The panel has voted to deny the petition for rehearing. Judges W. Fletcher and Bennett have voted to deny the petition for rehearing en banc, and Judge Hawkins so recommends.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing or rehearing en banc is **DENIED**.